| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Addr) | TELEPHONE | FOR COURT USE ONLY |
|---|---|---|
| David C Wakefield, 185736<br>PINNOCK & WAKEFIELD, APC<br>3033 Fifth Avenue,<br>San Diego, CA 92103 | (619) 858-3671 | FILED<br>07 JUN 29 AM 11:20<br>RICHARD W. WIEKING<br>CLERK U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>none | |

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:
MCCARTHY

DEFENDANT:
HILTON HOSPITALITY, INC

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C07-3321 BZ |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Complaint, Civil Case Cover Sheet, Summons, Scheduling Order, Standing Order - Judge Zimmerman, Standing Order - All Judges, ECF Registration Handout, Notice Of Assignment Of Case To A US Magistrate Judge

2. Party Served:   HILTON HOSPITALITY, INC.

3. Person Served:   CSC Corp - Rhonda McCarty - Person authorized to accept service of process

4. Date & Time of Delivery:   June 28, 2007     1:50 pm

5. Address, City and State:   2730 GATEWAY OAKS DR STE 100
SACRAMENTO, CA 95833

BY FAX

6. Manner of Service:   Personal Service - By personally delivering copies.

Fee for Service: $ 14.95

Registered California process server.
County: SACRAMENTO
Registration No.:2006-06
Expiration: February 13, 2008

One Legal, Inc.
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on June 28, 2007 at Sacramento, California.

Signature: _____
Tyler Dimaria

FF# 6643526