**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>David C Wakefield, 185736<br>PINNOCK & WAKEFIELD, APC<br>3033 Fifth Avenue, Suite 410<br>San Diego, CA 92103<br>TELEPHONE NO.: (619) 858-3671<br>ATTORNEY FOR (Name): Plaintiff | FILED<br>07 JUL 31 PM 3:08<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | FOR COURT USE ONLY |
|---|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3483 | | |
| PLAINTIFF/PETITIONER: MCCARTHY<br>DEFENDANT/RESPONDENT: HILTON HOSPITALITY, INC | | CASE NUMBER:<br>C07-3321 BZ |
| **PROOF OF SERVICE OF SUMMONS** | | Ref. No. or File No.:<br>none |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons; Complaint; Civil Cover Sheet; Scheduling Order for Cases Asserting Denial of Right of Access Un Americans with Disabilities Act Title III; Standing Orders; Standing Order for all Judges of teh Northern Distr of California; ECF Registration Information Handout; Notice of Assignment of Case to a United States Magist Judge Trial

3. a. Party served: AG DOCK OF THE BAY, LLC      BY FAX

   b. Person Served: CT Corp-Margaret Wilson - Person authorized to accept service of process

4. Address where the party was served: 818 WEST SEVENTH STREET
   LOS ANGELES, CA 90017

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): July 2, 2007    (2) at (time): 3:10 pm

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   c. on behalf of:

   AG DOCK OF THE BAY, LLC

   under:    Other: Limited Liability Company

7. Person who served papers
   a. Name:    Jimmy Lizama
   b. Address:    One Legal, Inc. - 132-Marin
                  504 Redwood Blvd #223
                  Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 14.95
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: 4553
         (iii) County LOS ANGELES

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: July 30, 2007

Jimmy Lizama
(NAME OF PERSON WHO SERVED PAPERS)                                          (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6643527