<pre>
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA


ROBERT MCCARTHY,                )
                                )
          Plaintiff(s),         )   No. C07-3321 BZ
                                )
     v.                         )
                                )   **CLERK'S NOTICE SCHEDULING**
HILTON HOSPITALITY INC., et     )   **CASE MANAGEMENT CONFERENCE**
al.,                            )
                                )
          Defendant(s).         )
_____)
</pre>

**PLEASE TAKE NOTICE** that a Case Management Conference is scheduled for **Monday, January 7, 2008 at 4:00 p.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  Case Management Statements are due **seven days** prior to the Case Management Conference and shall be electronically filed with the court.  Counsel may request in writing to appear telephonically, if they wish, and should make arrangements with the Courtroom Deputy, Lashanda Scott, if their request is granted by calling **415-522-2015.**

Dated: December 3, 2007

*Rose Maher*
_____
Rose Maher - Deputy Clerk to
Magistrate Judge Bernard Zimmerman

G:\BZALL\-BZCASES\MCCARTHY V. HILTON HOSPITALITY\CLERKS NOTICE SETTING CMC.wpd

1