**PINNOCK & WAKEFIELD, A.P.C.**
David C. Wakefield, Esq.     Bar #: 185736
Theodore A. Pinnock, Esq.    Bar #: 153434
3033 Fifth Avenue, Suite 410
San Diego, CA  92103
Telephone: (619) 858-3671
Facsimile: (619) 858-3646

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MCCARTHY<br><br>              **Plaintiff,**<br><br>      v.<br><br>HILTON HOSPITALITY, INC.; HILTON GARDEN INN SAN FRANCISCO/OAKLAND BAY BRIDGE; AG DOCK OF THE BAY, LLC; And DOES 1 THROUGH 10, Inclusive,<br><br>              **Defendants.** | **Case No.: C 07-3321 BZ**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFF'S COMPLAINT IN ITS ENTIRETY.**<br><br>[Fed.R.Civ.P. Rule 41(a)(1)] |

///

///

///

1     Case Number: C07-3321 BZ

Document Date: December 3, 2007

**NOTICE IS HEREBY VOLUNTARILY REQUESTED** by **ROBERT MCCARTHY,** Plaintiff, through his attorneys of record that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1), that this Court enter a dismissal with prejudice of Defendants **HILTON HOSPITALITY, INC.; HILTON GARDEN INN SAN FRANCISCO/OAKLAND BAY BRIDGE; AG DOCK OF THE BAY, LLC,** from Plaintiff's Complaint.  Additionally, Plaintiff requests that Plaintiff's complaint be dismissed with prejudice in its entirety.

**IT IS SO NOTICED AND REQUESTED.**

Dated: December 3, 2007          **PINNOCK & WAKEFIELD, A.P.C.**

                    By:   //S  David C. Wakefield_____
                          DAVID C. WAKEFIELD, ESQ.
                          Attorneys for Plaintiff

**CERTIFICATE OF PROOF OF SERVICE**
**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 3033 Fifth Avenue, Suite 410, San Diego, California, 92103.

On this date, I served the following document(s) described as **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY.**

on the following parties in this action by:

___**X**___ **BY ELECTRONIC SERVICE TRANSMISSION** via the United States District Court, Northern District of California, Case Management/Electronic Case Files, Filing System. I served a copy of the above listed document(s) to the e-mail addresses of the addressee(s) by use of email as identified and maintained therein.

Allan N. Taffet, Esq.
Duval & Stachenfeld LLP
300 East 42nd Street
New York, NY 10017
Tel: 212.692.5523
Fax: 212.883.8883
ATaffet@dsllp.com
Attorneys for Defendant HILTON HOSPITALITY, INC.; HILTON GARDEN INN SAN FRANCISCO/OAKLAND BAY BRIDGE; AG DOCK OF THE BAY, LLC

____ **BY MAIL:** placing _____ the original ___**x**___ a true copy thereof enclosed in sealed enveloped addressed as stated above. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid, mailed at San Diego, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

___**X**___ **FEDERAL:** I declare that I am employed in the office of a member of the Bar of this Court, at whose direction this service was made.

**EXECUTED** on December 3, 2007, at San Diego, California.

/S/ David C. Wakefield
David C. Wakefield